# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV-12-4602

Date Filed: 12/10/12

Plaintiff:

**JOEL SCHWARTZ on behalf of himself and all other similarly situated consumers**

vs.

Defendant:

**CREDIT PROTECTION ASSOCIATION L.P.**

For:
Maxim Maximov, Esq.
Maxim Maximov, LLP
1600 Ave M
Second Floor
Brooklyn, NY 11230

Received by Direct Process Server, LLC on the 23rd day of November, 2012 at 1:32 pm to be served on **Credit Protection Association, LP, 13355 Noel Road, 21st Floor, Dallas, TX 75240**

I, Kristin Case, do hereby affirm that on the **3rd day of December, 2012 at 11:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **Cover Letter, Summons In A Civil Action and Class Action Complaint**, to: **Vicki Grant** as Executive Administrator for Credit Protection Association, LP, at the address of: **13355 Noel Road, 21st Floor, Dallas, TX 75240**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'-9", Weight: 120, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

*Kristin Case*
Kristin Case

Direct Process Server, LLC
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2012003007

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

