———— Forwarded message ————
From: **dos.sm.Corp.InetCorp** <dosInetCorp@dos.ny.gov>
Date: Tue, Feb 19, 2013 at 3:23 PM
Subject: RE: certificate of publication or affidavit of publication
To: Maxim Maximov <m@maximovlaw.com>

No affidavit or certificate of publication has been filed.

**From:** Maxim Maximov [mailto:m@maximovlaw.com]
**Sent:** Friday, February 15, 2013 2:43 PM
**To:** dos.sm.Corp.InetCorp
**Subject:** certificate of publication or affidavit of publication

To whom it may concern

please let me know if a certificate of publication or affidavit of publication was filed for each entity listed below. and please provide a date for each filing

CREDIT PROTECTION ASSOCIATION, L.P.

Best Regards,

Maxim Maximov, Esq.
Maxim Maximov, LLP
1600 Ave M, Second Floor
Brooklyn, New York 11230
Phone: 718-772-3954
Fax: 718-408-9570