

ATTORNEYS AT LAW

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Jason J. Oliveri
212-471-6237
joliveri@hinshawlaw.com

February 22, 2013

**VIA ELECTRONIC FILING**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Joel Schwartz, et al. v. Credit Protection Association, L.P.,*
             *Case No. 12-cv-04602-JP-VVP (JG)(VVP)*

Dear Judge Pohorelsky:

      We represent Credit Protection Association, L.P. ("CPA") in the above-referenced matter. We write pursuant to the Court's February 21, 2013 Order, directing us to respond to Plaintiff's motion to strike and seal the settlement correspondences inadvertently submitted with our motion to amend and correct the Minute Entry and Scheduling Order, filed on February 13, 2013 (Docket No. 9). As the content of our motion bears out, we had no intentions of ever filing these documents. The motion does not mention enclosures and all communications with counsel were summarized, without reference to any exhibits, nor mention of settlement details.

      Accordingly, the documents were submitted in error and not in an attempt to in any way prejudice Plaintiff. For these reasons, we offer no objection to Plaintiff's request to strike and seal the record.

      We thank the Court for its consideration in this matter.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP

                    By:  *s/Jason J. Oliveri*_____
                        Jason J. Oliveri (JO-8024)

cc: Maxim Maximov, Esq. (Via ECF)